UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00767-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.34.74.43,

    Defendant.

---

### PLAINTIFF'S NOTICE OF SETTLEMENT
### WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 73.34.74.43 ("Defendant") through Defendant's counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executory obligations, Plaintiff will dismiss this action with prejudice.

Dated: September 28, 2023            Respectfully submitted,

                                               By: */s/ Jessica Fernandez*
                                               Jessica Fernandez (Bar #: 30219)
                                               Associate In-House Counsel
                                               General Media Systems, LLC
                                               11239 Ventura Blvd
                                               Suite #103 Box 717
                                               Studio City, CA 91604
                                               Phone: 818-253-1453
                                               Fax: 323-872-0022
                                               Jessica@Strike3Holdings.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <i><u>/s/ Jessica Fernandez</u></i><br>
Jessica Fernandez, Esq.